**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DUNCAN MOORE,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>GRANT MERCANTILE AGENCY, INC.,<br><br>　　　　　　　　　Defendant. | Case No. 20-cv-552-MMA (MDD)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL**<br><br>[Doc. No. 7] |

　　　Duncan Moore ("Plaintiff") moves to voluntarily dismiss Grant Mercantile Agency, Inc. without prejudice. *See* Doc. No. 7 at 2. However, Plaintiff notes that "Plaintiff will be filing a Motion for Dismissal with Prejudice once both parties have satisfied the terms and conditions of their settlement agreement." *Id.* at 1. Given that Plaintiff indicates a motion to dismiss with prejudice is forthcoming, the Court declines to grant Plaintiff's instant motion to dismiss without prejudice. Accordingly, the Court **DENIES** Plaintiff's motion **without prejudice**.

　　　The Court **ORDERS** Plaintiff to file a *final, single* dismissal of the action under Federal Rule of Civil Procedure 41(a)(1)(A) on or before **September 14, 2020** *or,*

*alternatively*, **ORDERS** Plaintiff to file a joint status report indicating the status of the dismissal and the settlement agreement on or before **September 14, 2020**.

     **IT IS SO ORDERED**.

Dated: August 13, 2020

HON. MICHAEL M. ANELLO
United States District Judge